UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                                                                                                                            :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

JOSE ANTONIO LLUILEMA GARCIA,

                       Plaintiff,

          -v-

FRANCIS GENERAL CONSTRUCTION INC. *et al.*,

                     Defendants.

---------------------------------------------------------------------X

20-CV-4323 (JPC)

NOTICE OF REASSIGNMENT

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered.

      SO ORDERED.

Dated: October 17, 2020
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge