# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

jbarton@faillacelaw.com

January 11, 2021

**Via ECF**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   20-cv-04323-JPC-RWL; Garcia. et al v. Francis General Construction, Inc., et al.

Your Honor:

    I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. We write to request the Court extend Plaintiff's deadline to move for default judgment, and the concomitant show cause hearing, by thirty days.[1] This is the first request of its kind.

    The reason for this request is that we have been having difficulty communicating with our client and are thus unable to finalize his default motion or otherwise prosecute his case. If we are still having difficulty and are unable to finalize the default motion in the next thirty days, we will move to withdraw from representing Plaintiff.

    Thank you for your attention.

Respectfully Submitted,

/s/Michael Faillace
Michael Faillace
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

Plaintiff's request is GRANTED. Plaintiff shall move for default judgment or move to withdraw by February 12, 2021. If Plaintiff moves for default judgment, he must serve his motion for default judgment and supporting paperwork on Defendants and file an Affidavit of Service on ECF by February 26, 2021. Defendants shall file any opposition to the motion for default judgment by March 12, 2021. Plaintiff shall file any reply by March 19, 2021.

SO ORDERED.

Date: January 14, 2021
    New York, New York

JOHN P. CRONAN
United States District Judge

---

[1] The current deadline is January 13, 2021. The new deadline would be February 12, 2021.

*Certified as a minority-owned business in the State of New York*