# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 2540
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

_____
michael@faillacelaw.com

February 2, 2021

**Via ECF**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**  **20-cv-04323-JPC-RWL; Garcia. et al v. Francis General Construction, Inc., et al.**

Your Honor:

This office represents Plaintiff in the above-referenced matter.  We write to request permission to withdraw as attorneys for Plaintiff Lluilema Garcia ("Plaintiff"), pursuant to Local Civil Rule 1.4.

This request is necessary because Plaintiff has failed to cooperate with the prosecution of this matter. This office has attempted to reach Plaintiff by phone, and has sent the Plaintiff a letter, both in English and Spanish, urging him to contact us (Exhibit "A").

To date, despite our efforts, Plaintiff has not responded.  Accordingly, we see no choice but to seek to withdraw as counsel for Plaintiff.  We will not be asserting a charging or retaining lien.  We are serving this application, both in English and Spanish, upon Plaintiff's last known home addresses and upon the Defendants.

If the Court requires any additional information for this application, we will provide it. We thank the court for its attention to this matter.

Respectfully Submitted,

/s/ Michael Faillace
Michael Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for Plaintiffs

*Certified as a minority-owned business in the State of New York*

Cc: (Via First Class Mail)


Jose Antonio Lluilema Garcia
430 Bleecker Street, Apt #3R
Brooklyn, NY 11237

Francis General Construction Inc. (d/b/a Francis General Construction Inc.)
132-28 Cross Bay Blvd
Jamaica, NY 11417

Francisco Peralta
132-28 Cross Bay Blvd
Jamaica, NY 11417

Antonia Pichisaca
132-28 Cross Bay Blvd
Jamaica, NY 11417

Alex Peralta
132-28 Cross Bay Blvd
Jamaica, NY 11417


The Court GRANTS Plaintiff's counsel's request to withdraw from this matter.  Within 30 days of the filing of this Order, Plaintiff Jose Antonio Lluilema Garcia shall retain new counsel or submit a letter to the Court indicating that he wishes to proceed *pro se*, or without representation.  If Plaintiff fails to do this, the Court may dismiss this case without further notice.

The Clerk of Court is respectfully directed to mail  a copy of this Order to all addresses listed above.  The Clerk of Court is respectfully directed to terminate Jesse Barton and Michael Faillace as counsel in this matter.

SO ORDERED.
Date: February 2, 2021
     New York, New York

_____
JOHN P. CRONAN
United States District Judge