UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSE ANTONIO LLUILEMA GARCIA, *individually and on behalf of other similarly situated*,

                Plaintiff,            20-CV-4323 (JPC)

      -v-                                     ORDER

FRANCIS GENERAL CONSTRUCTION INC. *et al.*,

                Defendants.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    In light of the Court's February 3, 2021 Order, Dkt. 28, the conference scheduled for February 22, 2021 at 11:00 a.m. is adjourned *sine die*.

    The Clerk of Court is respectfully directed to mail a copy of this Order to all addresses listed on page 2 of Docket Number 28.

    SO ORDERED.

Dated: February 17, 2021
       New York, New York

                                            JOHN P. CRONAN
                                        United States District Judge