# TROY LAW, PLLC
## ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324  johntroy@troypllc.com  Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

April 19, 2021

*Via* **ECF**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Letter Requesting Adjournment of Conference scheduled for April 26, 2021**
20-cv-04323 *Lluilema Garcia v. Francis General Construction Inc et al.*

Your Honor,

We represent the Plaintiff in the above-mentioned case. We write to respectfully request the Court to adjourn the Conference scheduled for April 26, 2021 at 11:00 a.m. to the week of May 10, 2021. This is Plaintiffs first request for an adjournment and granting such request will not prejudice any party.

On March 3, 2021, Your Honor, ordered parties in this matter to appear before Your Honor on April 26, 2021 at 11:00 a.m. Plaintiff requests that the conference scheduled for April 26, 2021 be adjourned to a time after May 15, 2021, or to any later date that the Court best thinks fit. The reason for the said request is due to Plaintiff's scheduling conflict and Plaintiff's reply memorandum if any will be due on April 26, 2021.

As Your Honor is aware, Plaintiff's motion for default judgment was filed with the Court on April 5, 2021 and Defendants opposition to Motion for Default judgement is due if any by April 19, 2021, and Plaintiffs reply memorandum in support of Default judgement will be due on April 26, 2021. Additionally, Plaintiff's counsel is currently scheduled for a settlement conference in the matter 2:19-cv-09392-KM-MAH *Yang v. Taste Of North China, Ltd et al.,* for the same date and time. Your Honor, both the Counsels from Troy Law, PLLC would need to take part in that conference to resolve the appearance issues for Plaintiffs' prior to taking part in the settlement conference. Accordingly, the Plaintiff's office will not be able to appear for the conference scheduled for April 26, 2021 at 11:00 a.m.

For the foregoing reasons mentioned above, Plaintiff's respectfully requests that the conference scheduled for April 26, 2021 at 11:00 a.m. be adjourned to the week of May 10, 2021, or any other time that the Court thinks best fit.

We apologize to the court for the inconvenience and thank the Court for its time and

Hon. John P. Cronan, U.S.D.J.
United States District Court
20-cv-04323 *Lluilema Garcia v. Francis General Construction Inc et al.*
Page **2** of **2**

consideration of this matter.

Respectfully submitted,

TROY LAW, PLLC
/s/ Aaron Schweitzer
  Aaron Schweitzer
*Attorney for Plaintiffs*

*/pk*

This request is granted.  The Court extends the deadline by which Defendants must oppose this motion to May 7, 2021.  Plaintiff shall file any reply by May 14, 2021.

The default judgment hearing scheduled for April 26, 2021 at 11:00 a.m. is adjourned to May 17, 2021 at 2:00 p.m.

Plaintiff shall serve Defendants Francis General Construction Inc. and Francisco Peralta via overnight courier with a copy of this Order within two business days of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Date: April 20, 2021
      New York, New York

JOHN P. CRONAN
United States District Judge

JT/pk