UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
JOSE ANTONIO LLUILEMA GARCIA, *individually and* :
*on behalf of other similarly situated*, :
:
                  Plaintiff, :        20-CV-4323 (JPC)
:
        -v- :        <u>ORDER</u>
:
FRANCIS GENERAL CONSTRUCTION INC. *et al.*, :
:
                 Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 27, 2021 at 12:00 p.m., the Court held a telephonic hearing on Plaintiff's motion for default judgment, Dkt. 39, and Plaintiff's motion for attorney's fees and costs, Dkt. 42. Defendant Francisco Peralta appeared *pro se* during that hearing. As discussed at the hearing, Plaintiff's counsel shall confer with Mr. Peralta regarding this litigation, and shall provide the Court with a status letter no later than June 28, 2021. After reviewing that status letter, the Court will advise the parties of any future court appearances.

In addition, at the hearing, Mr. Peralta confirmed that his contract information is as follows:

**Address:**          132-28 Cross Bay Blvd., Ozone Park, NY 11417

The Clerk of Court is respectfully directed to update Mr. Peralta's contact information on the docket to include his address.

The Clerk of Court is further directed to mail a copy of this Order and a Pro Se Information Packet to Mr. Peralta.

SO ORDERED.

Dated: May 27, 2021
      New York, New York

                                               JOHN P. CRONAN
                                               United States District Judge