# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

June 5, 2022

**Via ECF**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   Plaintiff's Letter Motion for Extension of Time to File Affidavit
> *Lluilema Garcia v. Francis General Construction Inc*. et al.
> **No. 20-cv-04323 (JPC) (RWL), (S.D.N.Y.)**

Your Honor,

We represent the Plaintiff in the above-mentioned case. We have spoken with the Plaintiff and respectfully request a three-week extension, from June 6, 2022 to June 27, 2022 to submit the affidavit with additional information required for the Court to determine damages.

We apologize for the delay in seeking the extension. We had been hopeful that Mr. Garcia would have time available this weekend to come in for his affidavit. However, given Mr. Garcia's busy work schedule, the extension of time is required.

We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,
TROY LAW, PLLC

 /s/ John Troy
John Troy
Aaron Schweitzer
Tiffany Troy
*Attorney for Plaintiffs*

cc: Francisco Peralta
    Francis General Construction Inc
    by first class mail

/mh

The Court grants the extension request.  Plaintiff shall file all the documents outlined in the June 1, 2022 order, *see* Dkt. 112, by June 27, 2022.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 113.

SO ORDERED.

Dated:  June 6, 2022
        New York, New York

_____
JOHN P. CRONAN
United States District Judge