TROY LAW, PLLC
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSE ANTONIO LLUILEMA GARCIA
*on his own behalf and on behalf of others similarly situated*

          *Plaintiff*,
     v.
FRANCIS GENERAL CONSTRUCTION INC.
  d/b/a Francis General Construction Inc. *et al*
          *Defendants.*
-------------------------------------------------------------X

Case No. 20-cv-04323

**SUPPLEMENTAL DECLARATION OF JOHN TROY IN SUPPORT OF PLAINTFF'S MOTION FOR DEFAULT JUDGMENT**

I, JOHN TROY, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

  1.  I represent Plaintiff JOSE ANTONIO LLUILEMA GARCIA, in this pending case.

  2.  The Honorable Judge JOHN P. CRONAN on June 1, 2022 directed Plaintiff to submit a Supplemental Memorandum of Law "addressing where Garcia performed work for Defendants and the number of people Defendants employed affects the calculation of damages. That briefing should also address how damages are to be to calculated when a person works part of the day in one location and part of the day elsewhere. For example, if Garcia started work in the Bronx, *see* Dkt. 107-1 at 10:12-18 (detailing that Garcia typically started his workday in the Bronx), and then drove to a location in Nassau County, *see* N. Y. Lab. Law § 652(1)(b), how should the Court calculate damages for the day?" *See* Docket Entry No. 112.

1

3.      In addition to the Memorandum of Law and Plaintiff's Affidavit in Support, I have enclosed Plaintiff's Revised and Conformed Damage Calculations in further support of Plaintiff's Motion for Default Judgment.

4.      We thank the court for its patience and care in affixing Plaintiff's damages.

Dated: July 3, 2022
       Flushing, NY

/s/ John Troy
John Troy
*Attorney for Plaintiffs*
