**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JOSE ANTONIO LLUILEMA GARCIA,
individually and on behalf of others similarly
situated,

                       Plaintiff,

                                                        20 **CIVIL** 4323 (JPC)

        -against-                                                 **JUDGMENT**

FRANCIS GENERAL CONSTRUCTION INC.
et al.,
                     Defendants.
---------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion & Order dated July 12, 2022, judgment is entered in favor of Garcia against Defendants Francis General Construction Inc. and Francisco Peralta as follows: $81,156.67 in overtime wages, $81,156.67 in liquidated damages, pre-judgment interest on $81,156.67 that is calculated from January 15, 2017 to the date judgment in the amount of $40,142.53, $5,000 in paystub violation damages, $5,000 in time-of-hire violation damages, an award of $9,881.40 in attorneys' fees, $296.20 in costs, and post-judgment interest; accordingly, the case is closed.

**DATED**: New York, New York
              July 14, 2022

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                        **BY:** *K. Mango*
                                                     **Deputy Clerk**